THE UNITED STATES DISTRICT COURT
THE STATE OF ALABAMA

ANGELA DENISE NAILS,

    Plaintiff,    Case No. 1:06cv 803 - MEF

CENTURYTEL PHONE COMPANY,

    Defendant,

COMPLAINT LONG DISTNACE
SERVICE DISCONNETION

The case follows under the jurisdiction Article III Section 2a Constitutional law. Subject matter question controversy of $25,000.00. The defendant is incorporated in the state of Alabama. The plaintiff is a resident living in the state of Alabama. Subject matter question the defendant has disconnects the plaintiff long distance service and can not disconnect service. The defendant blocked the service of the plaintiff long distance November 2005. The plaintiff dose not have long distance services now. The plaintiff who services follows under guidelines of the tariff rule for telephone services. Rule T-18 section (J)(2)(a) The provider shall:

RECEIVED 2006 SEP -6 A 9:25

SCANNED BY 9606

*Ensure, by contract or tariff, that it's subscribers 800 and 950 access is not blocked.* 800 and 950 access requires that a 1 access is dialed then 800 or the 950 are dialed before the calls will go threw to the telephone number. Since the local service in Dothan, Alabama has blocked the service from the telephone line of the plaintiff the has no access to making any 1-950 calls because of the long distance block on the plaintiff telephone line. T-18 also requires the plaintiff long distance service being blocked to make a complaint stating long distance services is blocked or disconnected. The plaintiff can not dial out to the operator as the plaintiff should be able to. T-18 N(1) callers shall have access to a live operator at all times. The plaintiff dose not have the access.

T-18-1 Prepaid because the tariff requires information to be presented for prepaid cards. Such information is also required for prepaid cards not brought threw the local telephone company. The defendant could use the same defense for other calling cards brought outside the local telephone company. The plaintiff has purchased prepaid cards and are the same cartresticts as the guidelines as T-18-1. The total cost of the prepaid cards are $147.00 for $,$2,$5 prepaid cards. The purchase of the prepaid cards from May 6, 2006 September 10, 2006. Additional prepaid cards have not been purchased from the date of the civil action. The plaintiff will keep other prepaid cards after the date of September 10, 2006.

*The plaintiff is entitled to relief under the tariff rules of the telephone companies for the state of Alabama.*

*The plaintiff is suing for cost of prepaid cards of $147.00. And any other prepaid cards purchased after September 10, 2006. The plaintiff damages for Mental Anguish and stress because of the number of calls made to Centurytel Telephone Company to talk to the operators about reconnecting service and removing the late fees form the long distance telephone calls. Repeated calls backs expected from Centurytel Telephone Company that the plaintiff never did receive the plaintiff repeatedly trying to contact Centurytel Telephone Company about issues of telephone services including repair call issues that were never resolved. Centurytel Telephone Company removed repair services without the plaintiff permission. Because of these issues the plaintiff is demanding damages of $10,000.00.*

*The plaintiff is demanding $10,000.00 for the harassment of the Centurytel Telephone Company. The plaintiff telephone service blocked/disconnected. The responsibility of Centrytel Telephone Company knowing the tariff rules and not using the rules because of spite to the plaintiff. The long period of time the plaintiff long-distance service has not be operating on the plaintiff telephone line. November 2005 till the present.*

*Angela Denise Nails*
*ANGELA DENISE NAILS*

*PRO SE*

# EXHIBIT A



August 7, 2006

Fax Cover Sheet

To: Denise Nails

Re: Casual Call Credit

Thank you,
Cindy Cauzzort
Sprint Management

Contact Number: (800) 788-5298
Fax Number: (813) 779-8214

Total Pages including Cover Sheet: 2

| Provide Complete And Detailed Explanation & Attach Copy Of The LEC Invoice | |
|---|---|
| PLEASE FILL OUT COMPLETELY AND LEGIBLY | |
| Forward completed form and attachments to: KSLNXX0101 - 1032 | |
| Date: 8/3/06 | Fax#: 813-779-8214 |
| CSA Name: Cindy Cauzzort | Supervisor: Eric Osterhoudt |
| CSA Contact #: 800-788-5298 | Supervisor Contact #: 800-788-5298 |
| Mailstop: | Location: Zephyrhills |
| Sprint Account #: 625322985 | Circle One: Residential |
| Name of Account: Denise Nails | |
| Contact Name: Denise Nails | Contact #: 334-702-9645 |
| LEC Name: Bell South | Bill Period (from and to): 09/12/05 - 10-12-05 |
| (*) All ANI/Account Maintenance has been performed-yes | |
| BTN: 334-702-9645 | CUSTOMER CODE: N/A |

LIST INVOICE DATE AND CREDIT AMOUNT

| Bill Date | Credit | State Tax | Fed. Tax | Total Credit | Grand Total |
|---|---|---|---|---|---|
| 09/12/2005 | 369.94 | 22.2 | 11.1 | 423.07 | |
| 10/12/2005 | 52.93 | 3.18 | 1.59 | 57.7 | 480.77 |
| | | | | | |
| | | | | | |

Casuallly Billed calls//cust has active account//rerated calls to .07PM according to 5AW

If the order is rejected, circle the rejection notification back to the center:

Faxed to the above number            Mailed to the above mailstop

| | | DATE | PHONE # |
|---|---|---|---|
| REPRESENTATIVE ($0 - $1000) Cindy M. Cauzzort | SIGNATURE Cindy M. Cauzzort | 8/03/06 07/10/2006 | 800-788-5298 |
| SUPERVISOR ($1000 - $2500) | SIGNATURE | DATE | PHONE # |
| MANAGER ($2500 - $10K) | SIGNATURE | DATE | PHONE # |
| DIRECTOR ($10K - $50K) | SIGNATURE | DATE | PHONE # |

Sent to CTI by Specialist: