IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

    Plaintiff,                 Case Number 06cv803-MEF

CENTURYEL PHONE COMPANY,

    Defendant,

JURISDICTION OF COMPLAINT

The plaintiff is answering the complaint of jurisdiction. Federal Law having jurisdiction over the complaint. Federal Rule of Civil Procedure 227. Rule 8 General Rules of pleading (a) Claim for Relief.

*Angela Denise Nails*
ANGELA DENISE NAILS
PRO SE