IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06-cv-803-MEF |
| | ) | |
| CENTURYTEL PHONE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the plaintiff's Jurisdiction of Complaint (Doc. #5) filed on

September 26, 2006, which the court construes as a motion for reconsideration, it is hereby

ORDERED that the motion is DENIED.

DONE this the 28th day of September, 2006.

_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE